# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

_The Morningside Group Ltd_
**Plaintiff**

CIVIL ACTION

NO. _04-11396 RGS_

v.

_Morningside Capital Corp_
**Defendant**

## NOTICE OF DEFAULT

Upon application of the Plaintiff, _Morningside Group_ for an order of Default for failure of the Defendant, _Morningside Capital Corp_ _____, to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the Defendant has been defaulted this ___ day of _September 2004_

TONY ANASTAS
CLERK OF COURT

By: _Elaine Flaherty_
**Deputy Clerk**

Notice mailed to:

_All Counsel of record and Morningside Capital Corp_

(Default Notice.wpd - 2/2000)                                [ntcdflt.]

_36 Toronto Street
Suite 850
Toronto ON
M5C 2C5_