# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

FILED
IN CLERK'S OFFICE

2004 NOV 18  P 12: 06

U.S. DISTRICT COURT
DISTRICT OF MASS.

|  |  |  |
|---|---|---|
| THE MORNINGSIDE GROUP LTD., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 04-11396-RGS |
| | ) | |
| MORNINGSIDE CAPITAL CORP., | ) | |
| | ) | |
| Defendant. | ) | |

## Notice of Dismissal

Pursuant to Fed. R. Civ. P. 41(a)(1)(i), the plaintiff, The Morningside Group Ltd., hereby

dismisses the above-captioned action without prejudice.

THE MORNINGSIDE GROUP LTD.,

By their attorneys,

Mark G. Matuschak (BBO # 543873)
Vinita Ferrera (BBO # 631190)
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, Massachusetts 02109
(617) 526-6000

Dated: November 18, 2004